# In the United States Court of Federal Claims

```
*   *   *   *   *   *   *   *   *   *   *   *   *   *      *
SEVEN RESORTS, INC.,                                      *
                                                         *
                      Plaintiff,                         *
v.                                                       *      No. 09-184C
                                                         *      Filed: June 17, 2015
UNITED STATES,                                           *
                                                         *
                      Defendant.                         *
                                                         *
*   *   *   *   *   *   *   *   *   *   *   *   *   *      *
```

## O R D E R

The court is in receipt of the parties' June 16, 2015 joint stipulation of dismissal, with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2014), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs and fees. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**